# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff )<br><br>vs. )<br><br>*Martha Livas-Zarate* )<br><br>Defendant(s) ) | CRIMINAL NO. _08 mj 298_<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **RUBEN B. BROOKS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted) Case Disposed / Order of Court).

*Mayra Alejandra Delgado-Romero*

DATED: 02/13/08

**RUBEN B. BROOKS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____

DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by

Deputy Clerk