# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )
              Plaintiff              )     CRIMINAL NO. _08 CR 411 IEG_
                                     )                   _08 MJ 298_
         vs.                         )            ORDER
                                     )     RELEASING MATERIAL WITNESS
                                     )
_Martha Livas - Zarate_              )
              Defendant(s)           )     Booking No.
_____     )

On order of the United States ~~District/~~Magistrate Judge, _Ruben B. Brooks_

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody:   (~~Bond Posted / Case Disposed~~ / Order of Court).

_Armando Gumala - Rafaela_

DATED: _2/19/08_

_Ruben B. Brooks_
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____           OR
              DUSM

              W. SAMUEL HAMRICK, JR.  Clerk

              by
                 Deputy Clerk